**96–1431. Disciplinary Counsel v. Brown.**
IT IS ORDERED by this court, *sua sponte*, that Sherburne Carleton Brown, Attorney Registration No. 0061338, last known address in Beachwood, Ohio, is found in contempt for failure to comply with this court's order of November 13, 1996, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before December 13, 1996.

**96–1433. Cleveland Bar Assn. v. Rea.**
IT IS ORDERED by this court, *sua sponte*, that Rebecca Anne Rea, Attorney Registration No. 0037283, last known address in Canton, Ohio, is found in contempt for failure to comply with this court's order of March 26, 1997, to wit: failure to surrender her Certificate of Admission and failure to file an affidavit of compliance on or before April 25, 1997.

**96–2427. Disciplinary Counsel v. Koury.**
IT IS ORDERED by this court, *sua sponte*, that Anthony T. Koury, a.k.a. Anthony Thomas Koury, Attorney Registration No. 0030901, last known address in Youngstown, Ohio, is found in contempt for failure to comply with this court's order of February 19, 1997, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before March 21, 1997.

**97–265. In re Resignation of Bunge.**
IT IS ORDERED by this court, *sua sponte*, that Jerry Leigh Bunge, Attorney Registration No. 0037059, last known address in Columbus, Ohio, is found in contempt for failure to comply with this court's order of February 25, 1997, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before March 27, 1997.

**97–331. In re Morgan.**
IT IS ORDERED by this court, *sua sponte*, that John Landis Morgan III, Attorney Registration No. 0020233, last known address in Lithopolis, Ohio, is found in contempt for failure to comply with this court's order of February 25, 1997, to wit: failure to file an affidavit of compliance on or before March 27, 1997.